CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JAN 0 4 2021**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**\*\*AMENDED\*\***

For Clerk's Office Use

| Judge U | Rec'd |
|---------|-------|
|         |       |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Marqui D. Ball
_____
Plaintiff full name

34111-171
_____
Inmate No.

v.

CIVIL ACTION NO. 7:20cv00 558

Ofc: C Stapleton, W Kelley, J. Ewing, J Roberts, B Cook, Lt Heaney,
_____
Defendant(s) full name(s)

Nurse Ashly, Lt Hamilton, Warden Streeval, etc;
_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: Federal Correctional Complex Usp-1
P.O Box 1033 Coleman Florida 33521-1033

B. Where did this action take place? FBop Usp Lee County (Shu) holding cell

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    _____ No

1. If your answer is Yes, indicate the result:

I recieved a notice that Usp Lee Asked for an Extension. (copy Attached.

2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 5/16/20 I Asked about the phone And was put in Paper Clothing And Wrote up for 329 Dest of Gov Property Due to "Getting on Staff Nerve.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

On 5/21/20 (5 Days later) I was Physically/Sexually Assulted Due to me Speaking to the Warden about the phone. I was placed in restraints for 18 1/2 hours Due to me Speaking to the Warden.

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I Seek to Press Criminal Charges And Compensation for All Acts

G.  If this case goes to trial do you request a trial by jury?    Yes __✓__    No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: Dec. 09, 2020    SIGNATURE: _Marquil D. Ball_

VERIFICATION:
I, Marquil Deshaun Ball _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: Dec 09, 2020    SIGNATURE: _Marquil D. Ball_

MARQUIC J. BAN #2411-171
FEDERAL Correctional Complex USP-1
P.O Box 1033
Coleman, FLORIDA 33521-1033

UNITED STAT
OFFICE (
210 FRANKI
ROanoke
OFFICIA

FOREVER / USA    FOREVER/USA

Tampa/St Pete FL 336

MON 28 DEC 2020 PM

ES DISTRICT Court
OF THE CLERK
JTD., RM 540
V.A 24011

LEGAL
MAIL

- BUISNESS